# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-617
Lower Tribunal No. 12-DR-1587-XX

———————————————

PATTI JOYCE,

Appellant,

v.

CHRISTOPHER M. JOYCE,

Appellee.

———————————————

Appeal from the Circuit Court for Collier County.
John McGowan, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK, J., and LAMBERT, B.D., Associate Judge, concur.


Allison M. Perry, of Florida Appeals, P.A., Tampa, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED